Certificate Number: 02998-NYE-CC-030199768



02998-NYE-CC-030199768

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 20, 2017</u>, at <u>2:32</u> o'clock <u>PM EST</u>, <u>Renee Maslikhov</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>November 20, 2017</u>        By:    <u>/s/Maria Gomez</u>

                                     Name:  <u>Maria Gomez</u>

                                     Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).